The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   AMAZON.COM, INC., a Delaware
    corporation,

9                           Plaintiff,

10          v.

11  KELLY FITZPATRICK, an individual;
    SABRINA KELLY-KREJCI, an individual;
12  KANG WANG, an unknown entity, d/b/a
    SEVENSTAR;
13  PUTIAN WEISEN TRADING CO., LTD, an
    unknown entity, d/b/a LWENSTORE; JOSE A.
14  PAGAN, an individual, d/b/a GAM SPORTS;
    YAN RUIQUN, an individual, d/b/a
15  KALOSUHA; JESSE A. FASNACHT, an
    individual, d/b/a BRADYYER; BRADY
16  MICHAEL ABBOTT, an individual;
    ZHUXIUBING, an unknown entity, d/b/a
17  GOGO TRENDY; CHENMAOQING, an
    unknown entity, d/b/a MYERH STORE;
18  QUANFUWOWANGLUOKEJI (SHENZHEN)
    YOUXIANGONGSI, an unknown entity, d/b/a
19  KEABIE; JINJIANGSHI OUSAIER TRADE
    CO., LTD, an unknown entity, d/b/a WINJOY
20  MALL;
    JINANSHITIANQIAOQUNATAISHANGMA
21  OYOUXIANGONGSI, an unknown entity,
    d/b/a BIIKII;
22  HANDANSHIHANSHANQUZUOCHANGM
    AOYIYOUXIANGONGSI, an unknown entity,
23  d/b/a GBEEGBEE,

24                          Defendants.
25
26
27

No. 2-20-cv-01662-RSM

**ORDER GRANTING
AMAZON'S MOTION FOR
EXTENSION OF DEADLINES
AND FOR RULE 26(f)
CONFERENCE, INITIAL
DISCLOSURES, AND JOINT
STATUS REPORT**

NOTE ON MOTION CALENDAR:
APRIL 28, 2021

ORDER GRANTING AMAZON'S MOTION FOR
EXTENSION OF EARLY CASE DEADLINES - 1
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

This matter came before the Court on consideration of Plaintiff Amazon.com, Inc.'s ("Amazon") Motion to Extend Deadlines for the parties' Rule 26(f) Conference, Initial Disclosures, and Joint Status Report ("Motion"), and for good cause shown, it is hereby ORDERED that:

The Motion is GRANTED. The Court extends the deadlines for the parties to confer under Federal Rule of Civil Procedure 26(f), serve initial disclosure under 26(a)(1), and file a joint status report under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), as follows:

| Deadline | Current Date | Proposed Extended Date |
|---|---|---|
| FRCP 26(f) Conference | May 3, 2021 | August 2, 2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 10, 2021 | August 8, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 18, 2021 | August 16, 2021 |

DATED this 30th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   Presented this 28th day of April, 2021.

2

3   DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Amazon.com, Inc.*

4

5   By  *s/ Sarah Cox*
    Sarah Cox, WSBA #46325
    Lauren B. Rainwater, WSBA #43625
6   Anna Buono, WSBA #56580
    920 Fifth Avenue, Suite 3300
7   Seattle, WA  98104-1604
    Tel: (206) 622-3150
8   Fax: (206) 757-7700
    Email: sarahcox@dwt.com
9          laurenrainwater@dwt.com
           annabuono@dwt.com
10

    Scott R. Commerson, *pro hac vice*
11  DAVIS WRIGHT TREMAINE LLP
    865 S Figueroa Street, Suite 2400
12  Los Angeles, CA 90017
    Tel: (213) 633-6890
13  Email: scottcommerson@dwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax