The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY FITZPATRICK, an individual; SABRINA KELLY-KREJCI, an individual; KANG WANG, an unknown entity, d/b/a SEVENSTAR; PUTIAN WEISEN TRADING CO., LTD, an unknown entity, d/b/a LWENSTORE; JOSE A. PAGAN, an individual, d/b/a GAM SPORTS; YAN RUIQUN, an individual, d/b/a KALOSUHA; JESSE A. FASNACHT, an individual, d/b/a BRADYYER; BRADY MICHAEL ABBOTT, an individual; ZHUXIUBING, an unknown entity, d/b/a GOGO TRENDY; CHENMAOQING, an unknown entity, d/b/a MYERH STORE; QUANFUWOWANGLUOKEJI (SHENZHEN) YOUXIANGONGSI, an unknown entity, d/b/a KEABIE; JINJIANGSHI OUSAIER TRADE CO., LTD, an unknown entity, d/b/a WINJOY MALL; JINANSHITIANQIAOQUNATAISHANGMAO YOUXIANGONGSI, an unknown entity, d/b/a BIIKII; HANDANSHIHANSHANQUZUOCHANGMAOYIYOUXIANGONGSI, an unknown entity, d/b/a GBEEGBEE,<br><br>  Defendants. | No. 2:20-cv-01662-RSM<br><br>**STATUS REPORT** |

STATUS REPORT
(2-20-cv-01662-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Plaintiff Amazon.com, Inc. ("Amazon") submits this status report to the Court in lieu of a Fed. R. Civ. P. 26(f) Joint Status Report and Discovery Plan.  For the reasons explained below, Amazon has not conducted a Fed. R. Civ. P. 26(f) conference with the defendants because it has reached settlements in principle with the two defendants it has successfully served, Kelly Fitzpatrick and Sabrina Kelly-Krejci, and because Amazon has not yet been able to serve the remaining "Seller Defendants."[1]

Amazon filed this case alleging claims against defendants arising from defendants' promotion and sale of fraudulently branded, counterfeit products in the Amazon store, in violation of Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), *et seq.*, and the Washington Consumer Protection Act, RCW 19.86, *et seq.  See* Dkt. 1.  Although Amazon was able to serve defendants Kelly Fitzpatrick and Sabrina Kelly-Krejci, *see* Dkt. 11 at 2-3, it was unable to serve the Seller Defendants, who actively misled Amazon as to their locations when registering their Amazon selling accounts, *id.* at 3-7.  Therefore, none of the Seller Defendants have appeared in this case, and Amazon has not been able to conduct a Rule 26(f) conference.  However, Amazon requested, and the Court granted, leave to conduct expedited discovery to locate the current location of the Seller Defendants.  *See* Dkts. 11 & 14.  Based on its findings from that discovery—which indicate that all or nearly all of the Seller Defendants are located in China—Amazon intends to promptly file a Motion for Alternative Service.

Additionally, as noted above, Amazon successfully served Defendants Fitzpatrick and Kelly-Krejci with summonses and the Complaint shortly after filing the Complaint.  Dkt. 11 at 2-3.  For the last several months, Amazon has engaged in settlement negotiations with Fitzpatrick and Kelly-Krejci, and the parties have now reached settlements in principle.  Amazon expects

---

[1] The "Seller Defendants" include defendants Kang Wang d/b/a Sevenstar; Putian Weisen Trading Co., Ltd. d/b/a Lwenstore; Jose A. Pagan d/b/a Gam Sports; Yan Ruiqun d/b/a Kalosuha; Jesse a. Fasnacht d/b/a Bradyyer; Brady Michael Abbott; Zhuxiubing d/b/a Gogo Trendy; Chenmaoqing d/b/a Myerh Store; Quanfuwo network technology (Shenzhen) Co., Ltd. (translated from Chinese) d/b/a Keabie; Jinjiangshi Ousaier Trade Co., Ltd. d/b/a Winjoy Mall; Jinan Tianqiao District Natai Trading Co., Ltd. (translated from Chinese) d/b/a BIIKII; and Handan Hanshan zuochang Trade Co., Ltd. (translated from Chinese) d/b/a GbeeGbee.

STATUS REPORT
(2-20-cv-01662-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    that the settlements will be finalized within the next month and will notify the Court of the

2    finalized settlements promptly thereafter.

3

4          DATED this 16th day of August, 2021.

5

                                       *s/ Sarah E. Cox*
Lauren B. Rainwater, WSBA #43625
Sarah E. Cox, WSBA #46703
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com
        sarahcox@dwt.com
        annabuono@dwt.com

         *s/ Scott R. Commerson*
Scott R. Commerson, WSBA # 58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

STATUS REPORT
(2-20-cv-01662-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax