The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>KELLY FITZPATRICK, an individual; SABRINA KELLY-KREJCI, an individual; KANG WANG, an unknown entity, d/b/a SEVENSTAR; PUTIAN WEISEN TRADING CO., LTD, an unknown entity, d/b/a LWENSTORE; JOSE A. PAGAN, an individual, d/b/a GAM SPORTS; YAN RUIQUN, an individual, d/b/a KALOSUHA; JESSE A. FASNACHT, an individual, d/b/a BRADYYER; BRADY MICHAEL ABBOTT, an individual; ZHUXIUBING, an unknown entity, d/b/a GOGO TRENDY; CHENMAOQING, an unknown entity, d/b/a MYERH STORE; QUANFUWOWANGLUOKEJI (SHENZHEN) YOUXIANGONGSI, an unknown entity, d/b/a KEABIE; JINJIANGSHI OUSAIER TRADE CO., LTD, an unknown entity, d/b/a WINJOY MALL; JINANSHITIANQIAOQUNATAISHANGMAO YOUXIANGONGSI, an unknown entity, d/b/a BIIKII; HANDANSHIHANSHANQUZUOCHANGMAOYIYOUXIANGONGSI, an unknown entity, d/b/a GBEEGBEE,<br><br>    Defendants. | No. 2:20-cv-01662-RSM<br><br>**UNOPPOSED MOTION FOR ENTRY OF CONSENT DECREES WITH RESPECT TO DEFENDANTS KELLY FITZPATRICK AND SABRINA KELLY-KREJCI**<br><br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 30, 2021 |

UNOPPOSED MOTION FOR ENTRY OF
CONSENT DECREES
(2-20-cv-01662-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1       Plaintiff Amazon.com, Inc. ("Amazon") moves this Court, with the consent of
2 Defendants Kelly Fitzpatrick and Sabrina Kelly-Krejci, for an order approving the entry of the
3 Consent Decrees attached as **Exhibit A** and **Exhibit B**.  In support of the motion, Plaintiff states
4 as follows:
5       1.      On November 12, 2020, Amazon filed this case alleging claims against the named
6 Defendants for the promotion and sale of fraudulently branded, counterfeit products in the
7 Amazon store, in violation of Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and
8 1125(a), *et seq.*, and the Washington Consumer Protection Act, RCW 19.86, *et seq.*  *See* Dkt. 1.
9       2.      Amazon and Defendants Kelly Fitzpatrick and Sabrina Kelly-Krejci resolved the
10 claims in the Litigation through confidential settlements, effective as of September 22, 2021, and
11 September 24, 2021, respectively ("Settlement Agreements").  Pursuant to the Settlement
12 Agreements, Defendants Fitzpatrick and Kelly-Krejci have agreed to the entry of Consent
13 Decrees, attached as **Exhibit A** and **Exhibit B**, respectively, and do not oppose this Motion.
14      3.      Accordingly, Amazon respectfully requests that this Court enter the Consent
15 Decrees.

*[Signatures on the following page]*

UNOPPOSED MOTION FOR ENTRY OF
CONSENT DECREES
(2-20-cv-01662-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 30th day of September, 2021.

Respectfully submitted by:

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Sarah E. Cox, WSBA #46703
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com
           sarahcox@dwt.com
           annabuono@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA # 58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

UNOPPOSED MOTION FOR ENTRY OF
CONSENT DECREES
(2-20-cv-01662-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax