The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>KELLY FITZPATRICK, an individual; SABRINA KELLY-KREJCI, an individual; KANG WANG, an unknown entity, d/b/a SEVENSTAR; PUTIAN WEISEN TRADING CO., LTD, an unknown entity, d/b/a LWENSTORE; JOSE A. PAGAN, an individual, d/b/a GAM SPORTS; YAN RUIQUN, an individual, d/b/a KALOSUHA; JESSE A. FASNACHT, an individual, d/b/a BRADYYER; BRADY MICHAEL ABBOTT, an individual; ZHUXIUBING, an unknown entity, d/b/a GOGO TRENDY; CHENMAOQING, an unknown entity, d/b/a MYERH STORE; QUANFUWOWANGLUOKEJI (SHENZHEN) YOUXIANGONGSI, an unknown entity, d/b/a KEABIE; JINJIANGSHI OUSAIER TRADE CO., LTD, an unknown entity, d/b/a WINJOY MALL; JINANSHITIANQIAOQUNATAISHANGMAOYOUXIANGONGSI, an unknown entity, d/b/a BIIKII; HANDANSHIHANSHANQUZUOCHANGMAOYIYOUXIANGONGSI, an unknown entity, d/b/a GBEEGBEE,<br><br>   Defendants. | No. 2-20-cv-01662-RSM<br><br>CONSENT DECREE |

CONSENT DECREE - 1
(No. 2:20-cv-01662-RSM)

## CONSENT DECREE

Pursuant to a confidential settlement agreement reached in this matter (the "Settlement Agreement"), Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Kelly Fitzpatrick ("Fitzpatrick") have jointly requested entry of this Consent Decree. Finding that it is in the interest of justice to do so, the Court grants the motion and hereby ORDERS as follows:

1. Plaintiff Amazon.com, Inc. ("Amazon") asserts that Defendant Fitzpatrick advertised, promoted, and facilitated the sale of counterfeit luxury goods in Amazon's store, in violation of Amazon's policies and the law. Amazon further asserts that the actions of Fitzpatrick constitute false advertising under the Lanham Act and violate the Washington Consumer Protection Act.

2. Without admitting to any of the assertions in the Complaint, Fitzpatrick has agreed, as part of the Settlement Agreement, to the entry of a Consent Decree whereby Fitzpatrick is enjoined from directly or indirectly, or through any other party, marketing, advertising, linking to, promoting, or selling any products of any kind on any Amazon website in the future, without express written authorization from the Amazon Legal Department.

3. Accordingly, the Court ORDERS that Fitzpatrick, her agents, representatives, successors, and assigns, are permanently enjoined and restrained from directly or indirectly, or through any other party, marketing, advertising, linking to, promoting, or selling any products of any kind on any Amazon website in the future, without express written authorization from the Amazon Legal Department.

4. All claims against Fitzpatrick are dismissed with prejudice. Notwithstanding the dismissal of this action against Fitzpatrick, the parties further agree that this Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Consent Decree and the Settlement Agreement entered into in connection herewith.

5. Each party shall bear its attorney fees and costs incurred in connection with this matter.

CONSENT DECREE - 2
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  **IT IS SO ORDERED.**

2     DATED: _____, 2021

 

 

 

                                                                                                                    _____
The Honorable Ricardo S. Martinez
United States District Judge

CONSENT DECREE - 3
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2

3  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Amazon.com, Inc.*

4

5  By *s/ Lauren B. Rainwater*
   Lauren B. Rainwater, WSBA #43625
   Sarah Cox, WSBA #46703
6  Anna Buono, WSBA #56580
   920 Fifth Avenue, Suite 3300
7  Seattle, WA 98104-1604
   Tel: (206) 622-3150
8  Fax: (206) 757-7700
   Email: sarahcox@dwt.com
9          laurenrainwater@dwt.com
           annabuono@dwt.com
10
   Scott R. Commerson, WSBA #58085
11 DAVIS WRIGHT TREMAINE LLP
   865 S Figueroa Street, Suite 2400
12 Los Angeles, CA 90017
   Tel: (213) 633-6890
13 Email: scottcommerson@dwt.com

14

15  *Kelly Fitzpatrick* (signature)

16  Kelly Fitzpatrick
    861 Greenlawn Avenue
17  Islip Terrace, NY 11752

18

19

20

21

22

23

24

25

26

27

CONSENT DECREE - 4
(No. 2:20-cv-01662-RSM)