The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KELLY FITZPATRICK, an individual; SABRINA KELLY-KREJCI, an individual; KANG WANG, an unknown entity, d/b/a SEVENSTAR; PUTIAN WEISEN TRADING CO., LTD, an unknown entity, d/b/a LWENSTORE; JOSE A. PAGAN, an individual, d/b/a GAM SPORTS; YAN RUIQUN, an individual, d/b/a KALOSUHA; JESSE A. FASNACHT, an individual, d/b/a BRADYYER; BRADY MICHAEL ABBOTT, an individual; ZHUXIUBING, an unknown entity, d/b/a GOGO TRENDY; CHENMAOQING, an unknown entity, d/b/a MYERH STORE; QUANFUWOWANGLUOKEJI (SHENZHEN) YOUXIANGONGSI, an unknown entity, d/b/a KEABIE; JINJIANGSHI OUSAIER TRADE CO., LTD, an unknown entity, d/b/a WINJOY MALL; JINANSHITIANQIAOQUNATAISHANGMAOYOUXIANGONGSI, an unknown entity, d/b/a BIIKII; HANDANSHIHANSHANQUZUOCHANGMAOYIYOUXIANGONGSI, an unknown entity, d/b/a GBEEGBEE,<br><br>Defendant. | No. 2:20-cv-01662-RSM<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT**<br><br>WITHOUT ORAL ARGUMENT<br><br>NOTE ON MOTION CALENDAR: DECEMBER 1, 2023 |

PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT – 1
(2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## I. INTRODUCTION & RELIEF REQUESTED

Plaintiff Amazon.com, Inc. ("Amazon") respectfully moves this Court for entry of the stipulated judgment attached as **Exhibit A** to this Motion ("Stipulated Judgment"). Amazon entered into a settlement agreement with Defendant Kelly Fitzpatrick ("Fitzpatrick"), requiring among other terms that she make monthly payments to Amazon totaling $27,000 for the conduct alleged in Amazon's Complaint ("Settlement Agreement"), which monies Amazon would provide to a charity. The Settlement Agreement also provided that, if Fitzpatrick failed to make the required payments, she would be in default and Amazon would be entitled to file a stipulated judgment for the total amount remaining due to Amazon under the Settlement Agreement. Fitzpatrick has failed to make any of the required payments and, thus, is in default. Accordingly, Amazon seeks entry of the Stipulated Judgment.

## II. FACTUAL BACKGROUND

Amazon filed a Complaint alleging claims for false designation of origin and false advertising under the Lanham Act, as well as violation of the Washington Consumer Protection Act. Complaint, Dkt. 1 ("Complaint") at ¶¶ 147-164. Amazon's claims arose from a scheme in which two so-called social media "influencers"—Fitzpatrick and another Defendant—promoted and advertised the sale of counterfeit luxury fashion products sold by bad actors in the Amazon store. Fitzpatrick and her co-Defendant used deceptive means to obscure the products' counterfeit nature in an attempt to evade Amazon's anti-counterfeiting tools. Amazon served the Complaint on Fitzpatrick. *See* Dkt. 9.

In September 2021, Amazon reached a settlement with Fitzpatrick in which she agreed to pay Amazon $27,000 in monthly installments of $2,250, beginning on October 18, 2021, which money Amazon agreed to donate to charity. *See* Declaration of Lauren Rainwater ("Rainwater Decl.") ¶ 2 and Ex. 1. The Settlement Agreement also provided that, if Fitzpatrick failed to make any monthly payment, she would be in default and Amazon would be entitled to file a Stipulated Judgment for the total amount remaining due to Amazon under the Settlement Agreement. *Id*.

PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT – 2
(2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Ex. 1 at ¶ 8. The form of the Stipulated Judgment was attached to the Settlement Agreement as Exhibit C, and Fitzpatrick signed the Stipulated Judgment. *See id.* Ex. 1.

Fitzpatrick failed to make any of the payments required under the Settlement Agreement. *Id.* ¶ 3. In November 2021, Amazon inquired with Fitzpatrick's counsel on five occasions regarding the status of the settlement payment, but her counsel was unable to provide any information about the missing payments. *Id*. Amazon continued contacting Fitzpatrick's counsel in December 2021 through June 2022 and offered to provide Fitzpatrick additional time to make the required payments, but her counsel stopped responding to Amazon's inquiries. *Id*. Amazon then contacted Fitzpatrick directly on multiple occasions starting in February 2022 to inquire whether she was still represented by counsel and, if not, if she could advise on the status of her settlement payments. *Id.* ¶ 4. Additionally, Amazon made multiple offers to make alternative arrangements for the payment of the settlement amount. *Id*. Since November 2021, Amazon sent Fitzpatrick and her counsel at least 20 emails, in addition to several voicemails, regarding the status of the settlement payment. *Id.* Amazon attempted to contact Fitzpatrick as recently as November 6, 2023, but received no response. *Id.* Fitzpatrick has not made any payments under the Settlement Agreement. *Id.*

### III.    DISCUSSION

The Court should enter the stipulated judgment against Fitzpatrick attached as **Exhibit A** to this Motion. Failure to make a monthly payment under the Settlement Agreement constitutes an event of default entitling Amazon to enter the Stipulated Judgment executed by Fitzpatrick. Rainwater Decl. Ex. 1 at ¶ 8. Because Fitzpatrick has failed to make any payment under the Settlement Agreement, *id.* ¶ 3-4, the Court should enter the Stipulated Judgment in the amount of $27,000.

### IV.    CONCLUSION

For the foregoing reasons, Amazon moves this Court for entry of the Stipulated Judgment submitted as **Exhibit A**.

PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT – 3
(2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 10th day of November, 2023.

I certify that this memorandum contains 639 words, in compliance with the Local Civil Rules.

        DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA # 58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT – 4
(2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY FITZPATRICK, an individual; SABRINA KELLY-KREJCI, an individual; KANG WANG, an unknown entity, d/b/a SEVENSTAR; PUTIAN WEISEN TRADING CO., LTD, an unknown entity, d/b/a LWENSTORE; JOSE A. PAGAN, an individual, d/b/a GAM SPORTS; YAN RUIQUN, an individual, d/b/a KALOSUHA; JESSE A. FASNACHT, an individual, d/b/a BRADYYER; BRADY MICHAEL ABBOTT, an individual; ZHUXIUBING, an unknown entity, d/b/a GOGO TRENDY; CHENMAOQING, an unknown entity, d/b/a MYERH STORE; QUANFUWOWANGLUOKEJI (SHENZHEN) YOUXIANGONGSI, an unknown entity, d/b/a KEABIE; JINJIANGSHI OUSAIER TRADE CO., LTD, an unknown entity, d/b/a WINJOY MALL; JINANSHITIANQIAOQUNATAISHANGMAOYOUXIANGONGSI, an unknown entity, d/b/a BIIKII; HANDANSHIHANSHANQUZUOCHANGMAOYIYOUXIANGONGSI, an unknown entity, d/b/a GBEEGBEE,<br><br>  Defendants. | No. 2-20-cv-01662-RSM<br><br>STIPULATED JUDGMENT |

STIPULATED JUDGMEMT - 1
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Amazon.com, Inc. |
| 2. | Judgment Debtor: | Kelly Fitzpatrick |
| 3. | Attorneys for Judgment Creditor: | Scott Commerson<br>Davis Wright Tremaine LLP<br>865 S. Figueroa St., Suite 2400<br>Los Angeles, CA 90017 |
| 4. | Attorneys for Judgment Debtors: | Joseph Bavaro<br>Salenger, Sack, Kimmel & Bavaro LLP<br>180 Froehlich Farm Boulevard<br>Woodbury, New York 11797 |
| 5 | Amount of Principal Judgment: | $27,000.00 |
| 6. | Awarded attorneys' fees, expenses and costs: | In an amount to be established |
| 7. | Rate of interest accrual on TOTAL JUDGMENT amount: | per 28 U.S.C. § 1961 |

## STIPULATION

Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Kelly Fitzpatrick ("Fitzpatrick"), by and through themselves and their respective counsel of record, hereby stipulate as follows:

1. Amazon and Fitzpatrick reached a settlement of all claims in this matter, Case No. 20-cv-01662-RSM, and entered into a confidential settlement agreement ("Agreement") that provided for (among other things) certain payments to be made by Fitzpatrick to Amazon.

2. As part of that Agreement, Fitzpatrick also agreed to this stipulated judgment and agreed that Amazon shall have the right to seek entry of this judgment, enforce this judgment, and collect this judgment, to the fullest extent allowed by law, less any payments

STIPULATED JUDGMEMT - 2
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

made by Fitzpatrick toward this judgment, should Fitzpatrick breach certain terms of the Agreement.

3. Amazon is authorized to file this stipulated judgment, and Fitzpatrick stipulates to its entry by the Court upon Amazon's filing of a motion and declaration demonstrating that Fitzpatrick breached the terms of the Agreement.

DATED: 9/22/21, 2021.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc.*

By s/
Sarah Cox, WSBA #46325
Lauren B. Rainwater, WSBA #43625
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: sarahcox@dwt.com
   laurenrainwater@dwt.com
   annabuono@dwt.com

Scott R. Commerson, WSBA #58085
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

KELLY FITZPATRICK

*Kelly Fitzpatrick* (signature)

STIPULATED JUDGMEMT - 3
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## JUDGMENT

THIS MATTER came before the Court on the motion of Plaintiff Amazon.com, Inc. ("Amazon"). Pursuant to the settlement of the above captioned case, Defendant Kelly Fitzpatrick ("Fitzpatrick") agreed to the entry of this Stipulated Judgment upon her breach of certain terms of the confidential settlement agreement between Amazon and Fitzpatrick ("Agreement"). Based on the motion and supporting declaration filed by Amazon in conjunction with this stipulation, the Court makes a final determination of the rights of the parties in this action.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Amazon is granted judgment against Fitzpatrick in the amount of $27,000.00, less any payments made by Fitzpatrick toward this judgment, plus Amazon's attorneys' fees to be established upon the conclusion of collection. This judgment shall bear interest at the statutory rate prescribed by 28 U.S.C. § 1961 from the date of entry.

DATED THIS ____ day of _____, 2021.

_____
Hon. Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMEMT - 4
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc.*

By *s/ Lauren Rainwater*
Sarah Cox, WSBA #46325
Lauren B. Rainwater, WSBA #43625
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: sarahcox@dwt.com
       laurenrainwater@dwt.com
       annabuono@dwt.com

Scott R. Commerson, WSBA #58085
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

STIPULATED JUDGMEMT - 5
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax