UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMAZON.COM, INC., | Case No. 2:20-cv-01662 |
| Plaintiff, | ORDER GRANTING MOTION FOR ENTRY OF STIPULATED JUDGMENT |
| v. | |
| KELLY FITZPATRICK et al., | |
| Defendants. | |

Before the Court is Plaintiff Amazon.com, Inc.'s ("Amazon's") motion for entry of stipulated judgment (Dkt. 27). In 2021, Amazon entered into a settlement agreement with Defendant Kelly Fitzpatrick. Dkt. 27 at 2; Dkt. 28 at 5–31. The settlement agreement provided that Ms. Fitzpatrick would pay Amazon $27,000 in monthly installments of $2,250, and that if she failed to make these payments, Amazon would be entitled to file a stipulated judgment for the remaining amount due. *Id.* at 2, 7–8. The stipulated judgment was attached to the settlement agreement, and Ms. Fitzpatrick signed the stipulated judgment on September 22, 2021, agreeing to entry of the judgment upon filing of a motion and declaration by Amazon establishing that she had breached the terms of the settlement agreement. *Id.* at 8. Amazon has now filed such a motion, supported by a sworn declaration that Ms. Fitzpatrick did not make any of the payments

ORDER GRANTING MOTION FOR ENTRY OF STIPULATED JUDGMENT - 1

set forth in the settlement agreement and that she did not respond to numerous attempts by Amazon's counsel to contact her to make alternate payment arrangements. Dkt. 27; Dkt. 28 at 2.

In accordance with the terms of the parties' settlement agreement and the stipulation, the Court GRANTS Plaintiff's motion for entry of stipulated judgment and will enter the stipulated judgment that Amazon submitted with the motion. *See* Dkt. 27 at 6–10. Because Amazon has voluntarily dismissed all other Defendants, entry of the stipulated judgment resolves the only outstanding issue in the case. Following the filing of the stipulated judgment, the Clerk is directed to close the case.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of December, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge