UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMAZON.COM, INC., a Delaware corporation,

        Plaintiff,

v.

KELLY FITZPATRICK, an individual; SABRINA KELLY-KREJCI, an individual; KANG WANG, an unknown entity, d/b/a SEVENSTAR; PUTIAN WEISEN TRADING CO., LTD, an unknown entity, d/b/a LWENSTORE; JOSE A. PAGAN, an individual, d/b/a GAM SPORTS; YAN RUIQUN, an individual, d/b/a KALOSUHA; JESSE A. FASNACHT, an individual, d/b/a BRADYYER; BRADY MICHAEL ABBOTT, an individual; ZHUXIUBING, an unknown entity, d/b/a GOGO TRENDY; CHENMAOQING, an unknown entity, d/b/a MYERH STORE; QUANFUWOWANGLUOKEJI (SHENZHEN) YOUXIANGONGSI, an unknown entity, d/b/a KEABIE; JINJIANGSHI OUSAIER TRADE CO., LTD, an unknown entity, d/b/a WINJOY MALL; JINANSHITIANQIAOQUNATAISHANGMAOYOUXIANGONGSI, an unknown entity, d/b/a BIIKII; HANDANSHIHANSHANQUZUOCHANGMAOYIYOUXIANGONGSI, an unknown entity, d/b/a GBEEGBEE,

        Defendants.

No. 2-20-cv-01662-TMC

STIPULATED JUDGMENT

STIPULATED JUDGMEMT - 1
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Amazon.com, Inc. |
| 2. | Judgment Debtor: | Kelly Fitzpatrick |
| 3. | Attorneys for Judgment Creditor: | Scott Commerson<br>Davis Wright Tremaine LLP<br>865 S. Figueroa St., Suite 2400<br>Los Angeles, CA 90017 |
| 4. | Attorneys for Judgment Debtors: | Joseph Bavaro<br>Salenger, Sack, Kimmel & Bavaro LLP<br>180 Froehlich Farm Boulevard<br>Woodbury, New York 11797 |
| 5. | Amount of Principal Judgment: | $27,000.00 |
| 6. | Awarded attorneys' fees, expenses and costs: | In an amount to be established |
| 7. | Rate of interest accrual on TOTAL JUDGMENT amount: | per 28 U.S.C. § 1961 |

## STIPULATION

Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Kelly Fitzpatrick ("Fitzpatrick"), by and through themselves and their respective counsel of record, hereby stipulate as follows:

1. Amazon and Fitzpatrick reached a settlement of all claims in this matter, Case No. 20-cv-01662-RSM, and entered into a confidential settlement agreement ("Agreement") that provided for (among other things) certain payments to be made by Fitzpatrick to Amazon.

2. As part of that Agreement, Fitzpatrick also agreed to this stipulated judgment and agreed that Amazon shall have the right to seek entry of this judgment, enforce this judgment, and collect this judgment, to the fullest extent allowed by law, less any payments

STIPULATED JUDGMEMT - 2
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

made by Fitzpatrick toward this judgment, should Fitzpatrick breach certain terms of the Agreement.

3. Amazon is authorized to file this stipulated judgment, and Fitzpatrick stipulates to its entry by the Court upon Amazon's filing of a motion and declaration demonstrating that Fitzpatrick breached the terms of the Agreement.

DATED: 9/22/21 , 2021.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc.*

By s/
Sarah Cox, WSBA #46325
Lauren B. Rainwater, WSBA #43625
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: sarahcox@dwt.com
  laurenrainwater@dwt.com
  annabuono@dwt.com

Scott R. Commerson, WSBA #58085
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

KELLY FITZPATRICK

*Kelly Fitzpatrick* (signature)

STIPULATED JUDGMEMT - 3
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**JUDGMENT**

THIS MATTER came before the Court on the motion of Plaintiff Amazon.com, Inc. ("Amazon"). Pursuant to the settlement of the above captioned case, Defendant Kelly Fitzpatrick ("Fitzpatrick") agreed to the entry of this Stipulated Judgment upon her breach of certain terms of the confidential settlement agreement between Amazon and Fitzpatrick ("Agreement"). Based on the motion and supporting declaration filed by Amazon in conjunction with this stipulation, the Court makes a final determination of the rights of the parties in this action.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Amazon is granted judgment against Fitzpatrick in the amount of $27,000.00, less any payments made by Fitzpatrick toward this judgment, plus Amazon's attorneys' fees to be established upon the conclusion of collection. This judgment shall bear interest at the statutory rate prescribed by 28 U.S.C. § 1961 from the date of entry.

DATED THIS 8th day of December, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

STIPULATED JUDGMEMT - 4
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc.*

By *s/ Lauren Rainwater*
Sarah Cox, WSBA #46325
Lauren B. Rainwater, WSBA #43625
Anna Buono, WSBA #56580
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: sarahcox@dwt.com
    laurenrainwater@dwt.com
    annabuono@dwt.com

Scott R. Commerson, WSBA #58085
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com

STIPULATED JUDGMEMT - 5
(No. 2:20-cv-01662-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax